Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor | NURZEE, INC.<br>Name | EIN: | 84−2038569 |
| United States Bankruptcy Court | District of Minnesota | Date case filed for chapter: | 7 4/15/25 |
| Case number: | 25−41190 − KAC | | |

| | | |
|---|---|---|
| **You can receive** court notices and orders by **email** instead of U.S. Mail via these **two options:** | **For creditors:** Register for Electronic Bankruptcy Noticing at **ebn.uscourts.gov**. | **For debtors:** Register for Debtor Electronic Bankruptcy Noticing (DeBN) at **www.mnb.uscourts.gov/debn** |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline

10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | NURZEE, INC. | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 7845 BROOKLYN BLVD<br>NO. 210<br>BROOKLYN PARK, MN 55445 | |
| **4. Debtor's attorney**<br>Name and address | John D. Lamey III<br>Lamey Law Firm, P.A.<br>980 Inwood Ave N<br>Oakdale, MN 55128 | Contact phone: 651−209−3550<br>Email: bankrupt@lameylaw.com |
| **5. Bankruptcy trustee**<br>Name and address | Mary Jo A Jensen−Carter<br>Buckley & Jensen<br>1257 Gun Club Road<br>White Bear Lake, MN 55110 | Contact phone: 651−486−7475<br>Email:<br>trustee@buckleyjensen.comcastbiz.net |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 301 Diana E. Murphy U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | Hours: Monday − Friday 8:00AM to 4:30PM<br>Contact phone: (612)−664−5200<br>Web address: www.mnb.uscourts.gov<br>Date: 4/16/25 |
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **May 19, 2025 at 10:00 AM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br>**For additional meeting information, go to https://www.justice.gov/ust/moc** | Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 812 876 9527, and Passcode 2582525918, or call 1−612−887−6208** |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

United States Bankruptcy Court

District of Minnesota

In re: Case No. 25-41190-KAC

NURZEE, INC. Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-4 User: admin Page 1 of 2

Date Rcvd: Apr 16, 2025 Form ID: 309C Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | NURZEE, INC., 7845 BROOKLYN BLVD, NO. 210, BROOKLYN PARK, MN 55445-2721 |
| 63374299 | + | BRAINZ INC., 7845 BROOKLYN BLVD STE 200, BROOKLYN PARK MN 55445-2721 |
| 63374300 | + | BROOK 7 LLC, ATTN BRIAN ERTEL, 7201 WALKER ST APT 404, MINNEAPOLIS MN 55426-4197 |
| 63374301 | + | CONFIDENCE CARE LLC, 7233 146TH AVE NW, RAMSEY MN 55303-9117 |
| 63374303 | + | GIFTED HANDS, 2084 CORNELL DR., MOUNDS VIEW MN 55112-1243 |
| 63374304 | + | GRACE HEALTHCARE AGENCY, 14513 OXBOW CT, DAYTON MN 55327-4416 |
| 63374305 | + | GRATITIUDE INC., 2301 WOOLBRIDGE ST, NO. 103, ROSEVILLE MN 55113-4745 |
| 63374306 | + | HALETA INC, 1948 COMMONWEALTH BLVD, CHANHASSEN MN 55317-4763 |
| 63374307 | + | HOPE HEALTHCARE SERVICES LLC, 5747 BROADWAY AVE, MINNEAPOLIS MN 55428-3522 |
| 63374309 | + | KANA LLC, 2923 132 CT NE, BLAINE MN 55449-6320 |
| 63374310 | + | KARE HEALTHCARE STAFFING, 1105 LIONS PARK DR. NW, ELK RIVER MN 55330-3928 |
| 63374311 | + | MAINTAIN STAFFING LLC, 1040 FRONT AVE, SAINT PAUL MN 55103-1226 |
| 63374312 | + | MARTIN LEASING CORPORATION, 300 FELLOWSHIP RD, MOUNT LAUREL NJ 08054-1727 |
| 63374314 | + | NORTHWEST HEALTHCARE LLC, 1571 S. ROBERT ST., UNIT 521, WEST SAINT PAUL MN 55118-4491 |
| 63374315 | + | PINECONE HEALTH LLC, 12149 KERRY ST NW, COON RAPIDS MN 55433-1776 |
| 63374316 | + | PRINCE OF PEACE, 1205 WESTEMINSTER ST, SAINT PAUL MN 55130-3564 |
| 63374318 | + | RELIABLE CARE AND SERVICES LLC, 7985 STRATFORD CIRCLE, SHAKOPEE MN 55379-3151 |
| 63374319 | + | SAMSON FUNDING, 80 BROAD STREET, SUITE 3303, NEW YORK NY 10004-2845 |
| 63374323 | + | VICTORY HEALTHCARE, 1279 NORTON AVE. NE, FRIDLEY MN 55432-3529 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bankrupt@lameylaw.com | Apr 16 2025 22:11:00 | John D. Lamey, III, Lamey Law Firm, P.A., 980 Inwood Ave N, Oakdale, MN 55128 |
| tr | + | EDI: BMAJENSENCARTER | Apr 17 2025 02:04:00 | Mary Jo A Jensen-Carter, Buckley & Jensen, 1257 Gun Club Road, White Bear Lake, MN 55110-3379 |
| smg | + | EDI: MINNDEPREV.COM | Apr 17 2025 02:04:00 | Minnesota Department of Revenue, Bankruptcy Section, PO BOX 64447, St Paul, MN 55164-0447 |
| smg | + | Email/Text: USAMN.BNC.Bankruptcy@usdoj.gov | Apr 16 2025 22:11:00 | United States Attorney, 600 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| ust | + | Email/Text: ustpregion12.mn.ecf@usdoj.gov | Apr 16 2025 22:11:00 | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| 63374298 | | Email/PDF: bncnotices@becket-lee.com | Apr 16 2025 22:26:54 | AMERICAN EXPRESS, PO BOX 981535, EL PASO TX 79998-1535 |
| 63374302 | + | Email/Text: bankruptcyfilings@fundbox.com | Apr 16 2025 22:11:00 | FUNDBOX, 300 MONTGOMERY ST, SAN FRANCISCO CA 94104-1902 |
| 63374317 | | Email/Text: servicing@intuit.com | Apr 16 2025 22:11:00 | QUICKBOOKS CAPITAL, 2700 COAST AVE, MOUNTAIN VIEW CA 94043 |
| 63374308 | | EDI: IRS.COM | Apr 17 2025 02:04:00 | IRS, PO BOX 7346, PHILADELPHIA PA |

| | | | | |
|---|---|---|---|---|
| | | | | 19101-7346 |
| 63374313 | | EDI: MINNDEPREV.COM | Apr 17 2025 02:04:00 | MINNESOTA DEPT OF REV, COLLECTION DIVISION, PO BOX 64564, SAINT PAUL MN 55164-0564 |
| 63374320 | + | Email/Text: bncnotices@stripe.com | Apr 16 2025 22:11:00 | STRIPE CAPITAL, ATTN LEGAL DEPARTEMENT, 354 OYSTER POINT BLVD, SOUTH SAN FRANCISCO CA 94080-1912 |
| 63374321 | + | Email/Text: USAMN.BNC.Bankruptcy@usdoj.gov | Apr 16 2025 22:11:00 | US ATTORNEY, 600 US COURTHOUSE, 300 S FOURTH ST, MINNEAPOLIS MN 55415-3070 |
| 63374322 | | EDI: USBANKARS.COM | Apr 17 2025 02:04:00 | US BANK, BANKRUPTCY/RECOVERY DEPARTMENT, PO BOX 5229, CINCINNATI OH 45201 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | *+ | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John D. Lamey, III | on behalf of Debtor 1 NURZEE INC. bankrupt@lameylaw.com, MGangi@lameylaw.com;ewise@lameylaw.com |
| Mary Jo A Jensen-Carter | trustee1@buckleyjensen.com trustee@buckleyjensen.comcastbiz.net;MN01@ecfcbis.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 3