**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

In Re:

Nurzee, Inc.,

Debtor.

Chapter 7
Case No. 25-41190

---

**ORDER APPROVING EMPLOYMENT OF ATTORNEY**

---

The trustee's application to approve the employment of Buckley & Jensen as the trustee's attorneys came before the court.

Based on the application, the recommendation of the United States Trustee and 11 U.S.C. § 327,

IT IS ORDERED: the employment is approved.

Dated: *May 19, 2025*

*s/ Katherine A. Constantine*
Katherine A. Constantine
United States Bankruptcy Judge

United States Bankruptcy Court

District of Minnesota

In re:
NURZEE, INC.
Debtor

Case No. 25-41190-KAC
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0864-4 User: admin Page 1 of 1
Date Rcvd: May 19, 2025 Form ID: pdf111 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | NURZEE, INC., 7845 BROOKLYN BLVD, NO. 210, BROOKLYN PARK, MN 55445-2721 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: maryjo@buckleyjensen.com | May 19 2025 21:41:00 | Buckley & Jensen, 1257 Gun Club Road, White Bear Lake, MN 55110-3379 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John D. Lamey, III | on behalf of Debtor 1 NURZEE INC. bankrupt@lameylaw.com, MGangi@lameylaw.com;ewise@lameylaw.com |
| Mary Jo A Jensen-Carter | trustee1@buckleyjensen.com trustee@buckleyjensen.comcastbiz.net;MN01@ecfcbis.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 3