**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

Nurzee, Inc.,

Debtor.

Chapter 7
Bankruptcy No. 25-41190

---

**ORDER APPROVING EMPLOYMENT OF AGENT**

---

Upon the foregoing application and recommendation of the United States Trustee, and pursuant to the provisions of Title 11, United States Code, Section 327,

**IT IS HEREBY ORDERED** the professional employment applied for by Scott Kranz of First Choice Business Brokers Minneapolis - Northwest is hereby APPROVED subject to the limitations on compensation provided by Title 11, United States Code, Section 328.

Dated: *June 30, 2025*

*s/ Katherine A. Constantine*
Katherina A. Constantine
United States Bankruptcy Judge

United States Bankruptcy Court
District of Minnesota

In re: NURZEE, INC.
Debtor

Case No. 25-41190-KAC
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0864-4
User: admin
Page 1 of 1
Date Rcvd: Jun 30, 2025
Form ID: pdf111
Total Noticed: 2

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2025:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | NURZEE, INC., 7845 BROOKLYN BLVD, NO. 210, BROOKLYN PARK, MN 55445-2721 |
| br | + | First Choice Business Brokers, 21897 South Diamond Lake Road, Suite 400-315, Rogers, MN 55374-4642 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| John D. Lamey, III | on behalf of Debtor 1 NURZEE INC. bankrupt@lameylaw.com, MGangi@lameylaw.com;ewise@lameylaw.com |
| Mary Jo A Jensen-Carter | trustee1@buckleyjensen.com trustee@buckleyjensen.comcastbiz.net;MN01@ecfcbis.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 3